**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BRIAN ANDR'E WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   1:10-cv-885-WTL-TAB |
| | ) |
| XLIBRIS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**Entry Denying Motion to Proceed *In Forma Pauperis***
**and Directing Dismissal of Action**

The plaintiff's complaint in this action is accompanied by his request to proceed *in forma pauperis*. The plaintiff has acquired three or more "strikes" through having litigation to which he was a party in a federal court dismissed for failure to state a claim upon which relief could be granted or as frivolous.[1] Therefore, he is not entitled to proceed *in forma pauperis*, unless the exception under 28 U.S.C. § 1915(g), that he "is under imminent danger of serious physical injury," applies. Those circumstances are not presented by this complaint based on copyright infringement.

The circumstances of this case trigger the rule of *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999), which states:

An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge has held that §1915(g) applies to a particular litigant will lead to immediate termination of the suit.

_____

[1] In *Evans v. Illinois Department of Corrections,*150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the court relies on when making the three-strikes determination. The plaintiff has been notified of those cases in at least two Michigan District Court cases. *See Warren v. Jackson*, 2:05-cv-74883 (E.D. Michigan Feb. 15, 2006) (listing *Warren v. Miller*, 1:96-cv-0119 (W.D. Mich. Aug, 13, 1996); *Warren v. Gates*, 1:02-cv-082 (W.D. Mich. April 4, 2002); *Warren v. Overton,* 1:02-cv-00917 (W.D. Mich. Jan. 7, 2003); *Warren v. Miller*, 4:03-cv-0122 (W.D. Mich. Nov. 25, 2003); *Warren v. Walters,* 2:04-cv-74876-DT (E.D.Mich. Feb. 10, 2005)); and *Warren v. Michigan Dept. of Correction*, 1:05-cv-652 (W.D. Mich. Oct. 4, 2005).

Accordingly, the plaintiff's application to proceed *in forma pauperis* (dkt 2) is **denied** and this action is **dismissed** without prejudice.

      **IT IS SO ORDERED.**

Date:   07/16/2010

                                     Hon. William T. Lawrence, Judge
                                     United States District Court
                                     Southern District of Indiana